uary 16, 1906, which affirmed a judgment of the Court of Claims dismissing a claim of the plaintiff for damages arising from an alleged breach of contract entered into between the board of managers of the New York State Reformatory at Elmira and the plaintiff's assignor, for damages arising from the destruction of plaintiff's property by fire alleged to have occurred through the negligence of the agents of the state and for moneys alleged to have been overpaid to the state for the labor of prisoners.

*John Cunneen* for appellant.

*William Schuyler Jackson, Attorney-General (Robert J. Fish* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WERNER and HISCOCK, JJ. Not sitting: CHASE, J.

---

RUDOLPH A. BREIDENBACH, as Trustee in Bankruptcy of GEORGE J. RAINESS, Respondent, *v.* DAVID MAYER, Appellant.

*Breidenbach* v. *Mayer*, 110 App. Div. 891, affirmed.
(Argued January 17, 1907; decided February 1, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 30, 1905, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to set aside an alleged transfer of property by the bankrupt herein to the defendant within four months of the filing of the petition in bankruptcy.

*I. Henry Harris* for appellant.

*George Malraison* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WERNER, HISCOCK and CHASE, JJ.